UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GRANT BARFUSS, on behalf of himself and all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:12-CV-3664-B |
| DGSE COMPANIES, INC., L.S. SMITH, JOHN BENSON, AND WILLIAM H. OYSTER, | § § § § § | FILE UNDER SEAL |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Joint Status Report filed June 6, 2013. In the report, the parties state that they anticipate filing an unopposed motion for preliminary approval of settlement by July 3, 2013. The parties are hereby **ORDERED** to file either a motion for preliminary approval of settlement or a joint status report by July 3, 2013.

SO ORDERED.

DATED: June 18, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE