UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GRANT BARFUSS, on behalf of himself and all others similarly situated,<br>　　　　　Plaintiffs<br><br>v.<br><br>DGSE COMPANIES, INC.; L.S. SMITH, JOHN BENSON, AND WILLIAM OYSTER,<br>　　　　　Defendants | No. 12 Civ. 3664 (JJB)<br>ECF Case |

**NOTICE OF MOTION AND MOTION OF: (1) LEAD PLAINTIFF FOR FINAL
APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND
(2) PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS; AND
(3) LEAD COUNSEL FOR AN AWARD OF ATTORNEYS'
FEES AND REIMBURSEMENT OF EXPENSES**

**KIRBY McINERNEY LLP**

Ira M. Press
　New York Attorney Registration No. 2319481
　ipress@kmllp.com (*admitted pro hac vice*)
Beverly T. Mirza
　California Attorney Registration No. 237240
　bmirza@kmllp.com (not admitted in N.D. Tex.)
Thomas W. Elrod
　New York Attorney Registration No. 4778916
　telrod@kmllp.com (not admitted in N.D. Tex.)
825 Third Avenue, 16th Floor
New York, NY  10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

*Lead Counsel for Lead Plaintiff and class*

**GRUBER HURST JOHANSEN HAIL SHANK LLP**

Mark A. Shank
　Texas State Bar No. 18090800
　mshank@ghjlaw.com
Greg P. McAllister
　Texas State Bar No. 24071191
　gmcallister@ghjhlaw.com
1445 Ross Avenue
Suite 2500
Dallas, TX 75202
Telephone:  (214) 855-6800
Facsimile: (214) 855-6808

*Liaison Counsel for Lead Plaintiff and class*

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

Pursuant to Rule 23 of the Federal Rules of Civil Procedure and the Court's July 8, 2013 Order (ECF No. 49), Court-appointed Lead Plaintiff Hillel Hyman ("Lead Plaintiff") will and hereby does move this Court on October 21, 2013, at 2:00 p.m. at the United States Courthouse, 1100 Commerce Street, Dallas, Texas, for an order: (1) granting final approval of the proposed class action settlement, (2) approving the plan of allocation of settlement proceeds; and (3) approving Lead Counsel's motion for an award of attorneys' fees and reimbursement of expenses.

The following documents are being submitted to the Court in support of Lead Plaintiff's motion: 1) Memorandum of Law in Support Motion for Final Approval of Class Action Settlement and Plan of Allocation; 2) Memorandum of Law in Support of Motion for Award of Attorneys' Fees and Reimbursement of Expenses; 3) Declaration of Ira M. Press in Support of (i) Lead Plaintiffs' Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation of Settlement Proceeds; and (ii) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses; and 4) Appendix to the Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation; and Memorandum of Law in Support of Motion for Award of Attorneys' Fees and Reimbursement of Expenses.

A Proposed Judgment Approving Class Action Settlement ("Judgment") was submitted with Lead Plaintiff's Motion for (I) Preliminary Approval of Settlement; (II) Preliminary Certification of the Settlement Class; (III) Approval of Form and Manner of Notice; and (IV) Appointment of Settlement Administrator (ECF No. 48-5). The proposed Order granting Lead Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Expenses and Approving

Plan of Distribution is being concurrently submitted to the Court via email pursuant to the Court's individual rules of practice.

| | |
|---|---|
| DATED:   New York, New York<br>              September 16, 2013 | Respectfully Submitted,<br><br>**KIRBY McINERNEY LLP**<br><br>By:  ____*/s/ Ira M. Press*_____<br>     Ira M. Press, Esq. (*admitted pro hac vice*)<br>        New York Attorney Registration No. 2319481<br>        ipress@kmllp.com (*admitted pro hac vice*)<br>     Beverly T. Mirza, Esq.<br>        California Attorney Registration No. 237240<br>        bmirza@kmllp.com (not admitted in N.D. Tex.)<br>     Thomas W. Elrod, Esq.<br>        New York Attorney Registration No. 4778916<br>        telrod@kmllp.com (not admitted in N.D. Tex.)<br>     825 Third Avenue<br>     New York, New York 10022<br>     Telephone:  (212) 371-6600<br>     Facsimile:   (212) 751-2540<br><br>*Counsel for Lead Plaintiff and the Class*<br><br>**GRUBER HURST JOHANSEN HAIL & SHANK LLP**<br>     Mark A. Shank<br>        Texas State Bar No. 18090800<br>        mshank@ghjhlaw.com<br>     Greg P. McAllister<br>        Texas State Bar No. 24071191<br>        gmcallister@ghjhlaw.com<br>     1445 Ross Ave<br>     Suite 2500<br>     Dallas, TX 75202-2711<br>     Telephone: (214) 855-6800<br>     Facsimile: (214) 855-6808<br><br>*Liaison Counsel for Lead Plaintiff and the Class* |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system that will electronically send notification of such filing to all counsel of record.

Executed on September 16, 2013 in New York, New York.

                                          */s/ Ira M. Press*
                                            Ira M. Press, Esq.